# Commonwealth of Pennsylvania v. J. H. Colton, Appellant.

Submitted Feb. 17, 1898. Appeal, No. 26, Feb. T. 1898, by defendant, from sentence of Q. S. Elk Co., Sept. Sess., 1897, No. 6, on verdict of guilty. Before RICE, P. J., WICKHAM, BEAVER, ORLADY, SMITH and PORTER, JJ. Affirmed.

OPINION BY PORTER, J., March 21, 1898:

The sentence in this case is confirmed for the reasons given in the case of Commonwealth v. Adams, and the record is remitted, to the end that the sentence imposed by the court below may be enforced.